**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | | |
|---|---|---|
| WESTERN DIGITAL TECHNOLOGIES, INC.<br><br>Plaintiff,<br>v.<br><br>JOHN A. SQUIRES, in his official capacity performing the functions and duties of the Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office, and the UNITED STATES PATENT AND TRADEMARK OFFICE,<br><br>Defendants. | ) | Case No. 1:26-cv-02072-RDA-WBP |

**[PROPOSED] ORDER GRANTING**
**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

This matter is before the Court on Plaintiff Western Digital Technologies, Inc.'s ("Western Digital") Motion for Summary Judgment. Having considered the motion, the supporting documents, and arguments of counsel, IT IS HEREBY ORDERED that Western Digital's motion is GRANTED. The Court vacates the Patent Office Director's May 27, 2026 decision regarding Reexamination Control No. 90/016,097 and remands for the Director to make the appropriate determination under 35 U.S.C. § 303(a).

IT IS SO ORDERED.

Dated:____________________ ________________________________
Hon. Rossie D. Alston Jr.
United States District Judge